**Dated: October 8, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:  Kenneth R. Payne and ) | |
| And Stephanie L. Payne, ) | Case No.  20-11883 SAH |
| ) | Chapter 12 |
| Debtor. ) | |

### AGREED ORDER CONFIRMING CHAPTER 12 PLAN

**THIS MATTER** comes before the court based on Debtors proposed Chapter 12 Bankruptcy Plan filed August 28, 2020, Document #32.   The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.

**THE COURT FINDS**, based upon representation of counsel, that the plan meets the requirements of 11 U.S.C. § 1225 (A).

1)  All notice and confirmation requirements pursuant to 11 U.S.C. § 1225(a) have been satisfied.

2) Since the filing of this bankruptcy, the debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A);

3) All secured creditor stands in agreement for confirmation of the Plan at issue with the following changes:

    A. **BANK OF COMMERCE**

        1. Pursuant to "Agreed Order Resolving Objection of Bank of Commerce to Debtors' First Chapter 12 Plan", entered on October 7, 2020, [Doc. 49]. The terms and conditions of said Order are incorporated herein by reference and made a part hereof for all purposes.

        2. Interest on debt shall accrue at 12% until confirmation.

        3. The Debt of $77,450.00 on property retained by Debtor shall be paid to the Bank $9,312.69 semi-annually for a period of five (5) years beginning on April 1, 2021, and on October 1, 2021, and every April 1 and October 1 thereafter at an interest rate of 7.0% until paid in full. The Allowed Claims shall be paid in full no later than October 1, 2025.

        4. Pursuant to the "Agreed Order Regarding Creditor Bank of Commerce's and Debtors' Amended Joint Motion for Valuation, Brief in Support, and Notice of Opportunity for Hearing", entered on September 11, 2020 [Doc. 40] and the "Agreed Order Resolving Objection of Bank of Commerce to Debtors' First Chapter 12 Plan", entered on October 7, 2020, [Doc. 49], the Bank of Commerce is allowed an unsecured claim in the amount of $145,629.33. The unsecured claim shall be paid pro rata based on the Debtors' disposable income pursuant to the Plan.

    B. **FORD MOTOR CREDIT COMPANY, LLC**

        1. Pursuant to "Agreed Order Resolving Objection of Ford Motor Credit Company, LLC to Debtors' First Chapter 12 Plan", filed October 7, 2020, [Doc. 50].

        2. Payment Due of $2850.86 at Confirmation.

        3. Pursuant to the current contract, Ford Motor Credit Company, LLC shall be paid semi-annually starting April 1, 2021 at an interest rate of 7.7% until paid in full. The Payment shall be $3,456.80.

4) All Trustee Payments payable to:
    Lonnie D. Eck, Chapter 12 Standing Trustee
    PO Box 2038
    Tulsa OK  74101-2038

5) The plan is hereby confirmed, the term of the plan shall be three years starting at the confirmation date of October 8, 2020 and lasting until October 8, 2023.

6) Payment Summary Attached.

**WHEREFORE** Debtors Chapter 12 Plan filed is hereby confirmed.

**IT IS SO ORDERED.**

###

APPROVED:

/s/  Joey D. Schmidt            10/7/20
Joey D. Schmidt, OBA #11507
Central Law Office, P.C.
P.O. Box 720633
Norman, OK  73070
(405)329-5777 Fax:  (405)329-3841

/s/  Lonnie D. Eck
Lonnie D. Eck
Standing Chapter 12 Trustee
PO Box 2038
Tulsa OK 74101-2038
 Tel.: (918) 599-9901 Fax: (918) 587-0364
 leck@eckchapter13.com

/s/ Roger D. Everett
Roger D. Everett
Everett, P.C.
508 W Vandament, Ste 300
Yukon, OK  73099
(405) 350-0990  Fax: (405)350-0991
rdelaw@juno.com
Attorney for Credit, Ford Motor Credit Company, LLC

/s/ Brock Z. Pittman            10/7/20
Brock Z. Pittman, OBA #32853
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, OK  73116
(405) 232-2020  Fax: (405)228-1113
brock@christensenlawgroup.com
Attorney for Creditor, Bank of Commerce

4

## "SUMMARY OF PAYMENTS"
### FINAL PAYMENT DUE OCTOBER 8, 2023

KENNY AND STEPHANIE PAYNE                                       Case No. 20-11883 SAH
211 N 7TH
MOUNTAIN VIEW, OK  73062

| CLAIMANT | AMOUNT OF PAYMENT | FREQUENCY | DATE OF PAYMENT |
|---|---|---|---|
| BANK OF COMMERCE<br>328 E 4TH<br>CARNEGIE OK  73015 | $9,312.69 | Semi-Annual | April 1, 2021 and continuing semi-annually thereafter until paid in full. |
| Ford Motor Credit Company LLC<br>Dept 55953 Box 55000<br>Dearborn MI 48255 | Payment 1:  $2,850.86 | At Confirmation | One Time Payment. |
|  | Payment 2:  $3,456.80 | Semi-Annual | April 1, 2021 and continuing semi-annually thereafter until paid in full. |
| Bancfirst<br>PO Box 70<br>Hobart, OK  73651 | $6,009.00 | Annual | April 1, 2021 and continuing annually thereafter until paid in full. |
| Fifth Third Bank, N.A.<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI  49546 | $446.34 | Monthly | One month from confirmation and continuing annually thereafter until paid in full. |
| Central Law Office PC<br>PO Box 720633<br>Norman OK  73070 | $1,666.67 | Annual | One year from confirmation and continuing annually thereafter until paid in full. |
| Liquidation value | $3,791.00 | Annual | April 1, 2021 and continuing annually thereafter for 2 additional payments. |
|  | Percentage set by the Attorney General, pursuant to 28 U.S.C. Section 586(e), which is effective on the date of the Payment. | At the time of each payment is made. | To be determined. |
| Disposable Income | $0<br>(Inclusive of Trustee's fees) | Annual | One year from confirmation and continuing annually thereafter for 2 additional payments. |