# Notice Recipients

District/Off: 1087–5   User: dmcge   Date Created: 10/8/2020
Case: 20–11883   Form ID: pdf001   Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Kenneth R Payne | 211 N 7th | Mountain View, OK 73062 | |
| jdb | Stephanie L Payne | 211 N 7th | Mountain View, OK 73062 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| tr | Lonnie D Eck | PO Box 2038 | Tulsa, OK 74101 | |
| cr | Ford Motor Credit Company, LLC. | PO Box 62180 | Colorado Springs, CO 80962 | |
| cr | Bank of Commerce | 1601 W Commerce | Duncan, OK 73533–8981 | |
| aty | Brock Z Pittman | Christensen Law Group | 3401 NW 63rd Street Suite 600 | Oklahoma City, OK 73116 |
| aty | J. Clay Christensen | Christensen Law Group, P.L.L.C. | The Parkway Building | 3401 NW 63rd Street, Suite 600   Oklahoma City, OK 73116 |
| aty | Jeffrey E. Tate | Christensen Law Group, P.L.L.C. | 3401 N.W. 63rd Street, Suite 600 | Oklahoma City, OK 73116 |
| aty | Joey Don Schmidt | Central Law Office | P.O. Box 720633 | Norman, OK 73070 |
| aty | Jonathan M Miles | Christensen Law Group, P.L.L.C. | The Parkway Building | 3401 NW 63rd Street, Suite 600   Oklahoma City, OK 73116 |
| aty | Roger D. Everett | Everett, P.C. | 508 W Vandament Suite 300 | Yukon, OK 73099 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6466735 | American Express | PO Box 981537 | El Paso TX 79998 | |
| 6479206 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 6466736 | Atwoods Synchrony Bank | PO Box 960061 | Orlando FL 32896 | |
| 6466737 | Bank of Commerce | co Christensen Law Group PLLC | 3401 NW 63rd St Ste 600 | Oklahoma City OK 73116 |
| 6466738 | Bureau of Indian Affairs | PO Box 368 | Anadarko OK 73005 | |
| 6466739 | Citicard | PO Box 6500 | Sioux Falls SD 57117 | |
| 6466740 | Comanche County Healthcard Corp | PO Box 800058 | Kansas City MO 64108 | |
| 6466741 | Comanche County Memorial Hospital | Southwest Anesthesia | PO Box 2309 Sec 4 | Lawton OK 73502 |
| 6470825 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054–3025 |
| 6466742 | Discover Financial Services | PO Box 15316 | Wilmington DE 19850 | |
| 6466743 | Farmers Cooperative Mill | PO Box 69 | Carnegie OK 73015 | |
| 6466744 | Fifth Third Bank | 5050 Kingsley Dr | Cincinnati OH 45227 | |
| 6471923 | Fifth Third Bank, N.A. | PO Box 9013 | Addison, Texas 75001 | |
| 6466745 | Ford Motor Credit | PO Box 542000 | Omaha NE 68154 | |
| 6467444 | Ford Motor Credit Company, LLC | Post Office Box 62180 | Colorado Springs, CO 80962 | |
| 6466746 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101 | |
| 6466747 | JCMCB Card | PO Box 15369 | Wilmington DE 19850 | |
| 6474329 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC   P.O. Box 9013   Addison, Texas 75001 | |
| 6466748 | John Mace | 237 N Washita St | Carnegie OK 73015 | |
| 6466749 | Jonathan Payne | 193 Longhorn Trail | Ardmore OK 73401 | |
| 6466750 | Lawton Medi Equip | 924 NW 38th St | Lawton OK 73505 | |
| 6466751 | Marshal Huser Family Medicine | 3727 Legacy | Weatherford OK 73096 | |
| 6466752 | Memorial Medical GRP Heart Vascular | 3106 NW Arlington Ave | Lawton OK 73505 | |
| 6466753 | Memorial Medical GRP Pathology | 6115 Camp Bowie Blvd Suite 260 | Fort Worth TX 76116 | |
| 6469824 | ONEMAIN MORTGAGE SERVICES, INC. | PO BOX 3251 | EVANSVILLE, IN 47731–3251 | |
| 6466754 | Oklahoma Tax Commission Legal Div | 100 N Broadway Ave | Ste 1500 | Oklahoma City OK 73102 |
| 6466755 | OneMain Financial | PO Box 64 | Evansville IN 47701 | |
| 6467094 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 6466756 | Samantha Jackson MD PLLC | co American Collection Service | 3100 SW 59th St | Oklahoma City OK 73119 |
| 6487538 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk VA 23541 |
| 6485592 | WORKS AND LENTZ, INC., ON BEHALF OF | SOUTHWEST ANESTHESIA | 3030 NW EXPRESSWAY, STE. 1300   OKLAHOMA CITY OK 73112 | |
| 6466757 | Weatherford Regional Hospital | PO Box 11407 | Birmington AL 35246 | |

TOTAL: 46